UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GUEVARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-01290-EPG (PC)<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 9) |

　　　　Plaintiff Michael Guevara is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.[1]  On February 3, 2025, this Court issued a screening order, finding no cognizable claims, but giving Plaintiff thirty days to file an amended complaint, notify the Court that he wants to stand on his Complaint, or file a notice to of voluntary dismissal.  (ECF No. 8).

　　　　On February 19, 2025, Plaintiff filed a request that his "previous case (1:24-cv-01290-EPG), be dismissed with out [sic] prejudice as requested (3) File A Notice of Voluntary Dismissal."  (ECF No. 9).

　　　　The Court construes Plaintiff's filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Therefore, this action has been terminated.  Fed. R. Civ.

---

[1] The Defendants have not yet been served in this action.

1

P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case and then to close the case.

IT IS SO ORDERED.

    Dated:  **February 21, 2025**         /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE